# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: Subpoena Served on Apex Fund Services<br><br>CAMSHAFT CAPITAL FUND, LP;<br>CAMSHAFT CAPITAL ADVISORS, LLC;<br>and CAMSHAFT CAPITAL MANAGEMENT, LLC,<br><br>      Applicants/Defendants.<br><br>v.<br><br>BYJU'S ALPHA, INC.,<br><br>      Respondent/Plaintiff. | Case No. 1-24-MP-56003<br>(Bankr. S.D. Ind.)<br><br>(Arising from Case Nos. 24-10140 (JTD) and 24-50013 (JTD) in the United States Bankruptcy Court for the District of Delaware) |

## MOTION TO WITHDRAW APPEARANCE
## OF ARTHUR J. HERSKOWITZ

Comes now the undersigned, Arthur J. Herskowitz of Hogan Lovells US LLP, and hereby moves to withdraw his Appearance entered on behalf of Applicants/Defendants Camshaft Capital Fund, LP; Camshaft Capital Advisors, LLC; and Camshaft Capital Management, LLC. After June 28, 2024, Arthur J. Herskowitz will no longer be with the law firm of Hogan Lovells US LLP. Pieter Van Tol and Elizabeth Carter of Hogan Lovells US LLP, and Ann O'Connor McCready of Taft Stettinius & Hollister LLP, will remain as counsel of record in this matter on behalf of Applicants/Defendants Camshaft Capital Fund, LP; Camshaft Capital Advisors, LLC; and Camshaft Capital Management, LLC.

                                                Respectfully submitted,

                                                */s/ Arthur J. Herskowitz*
                                                Arthur J. Herskowitz *
                                                HOGAN LOVELLS US LLP
                                                390 Madison Avenue

133527589v1

New York, NY 10017  
T: 212.918.3000  
F: 212.918.3100  
Arthur.herskowitz@hoganlovells.com

*Attorney admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Arthur J. Herskowitz*

133527589v1