IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The court acknowledges the Joint Stipulation of Dismissal, Dkt. [33]. The Clerk is DIRECTED to close this case on the docket.
> JPH 6/27/2024

| | |
|---|---|
| In re: Subpoena Served on Apex Fund Services<br><br>CAMSHAFT CAPITAL FUND, LP; CAMSHAFT CAPITAL ADVISORS, LLC; and CAMSHAFT CAPITAL MANAGEMENT, LLC,<br><br>    Applicants-Appellants,<br><br>v.<br><br>BYJU'S ALPHA, INC.,<br><br>    Respondent-Appellee. | Case No: 1:24-cv-00733-JPH-CSW<br><br>Appeal from the United States Bankruptcy Court for the Southern District of Indiana, Misc. No.: 24-56003<br><br>(Arising from Case Nos. 24-10140 (JTD) and 24-50013 (JTD) in the United States Bankruptcy Court For the District of Delaware) |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

The parties, by counsel and pursuant to Bankruptcy Rule 8023 and Fed. R. App. P. Rule 42(a), hereby stipulate to the voluntary dismissal of this Appeal, with prejudice, with each party bearing its own costs. Notice of this filing will be provided to all interested parties through the Court's e-filing system.

Respectfully submitted,

| | |
|---|---|
| */s/ Ann O'Connor McCready*<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>Ann O'Connor McCready (Atty #32836-53)<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204<br>Tel.: (317) 713-3500<br>Fax: (317) 713-3699<br>amccready@taftlaw.com<br><br>**HOGAN LOVELLS US LLP**<br>Pieter Van Tol*<br>390 Madison Avenue<br>New York, NY 10017 | */s/ Benjamin Finestone (w/permission)*<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin Finestone*<br>Alexandre J. Tschumi<br>Jianjian Ye*<br>William B. Adams*<br>51 Madison Ave., Suite 22nd Floor<br>New York, NY 10010<br>benjaminfinestone@quinnemanuel.com<br>alextschumi@quinnemanuel.com<br>jianjianye@quinnemanuel.com<br>williamadams@quinnemanuel.com |